USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FISCHLER, et al.,

        Plaintiff,

-against-

EAST VILLAGE HOTEL T LLC, et al.

        Defendant.

19-CV-8383 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    This action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    It appearing to the Court that no action has taken place in this case since October 10, 2019, when plaintiff filed an affidavit of service of the summons and complaint on defendant, it is hereby ORDERED that, no later than **December 18, 2019**, plaintiffs shall file a status letter updating the Court on the present status of the case, including whether they intend to move for a default judgment.

    Failure to comply with the above order may result in the case being dismissed by the Court for failure to prosecute pursuant to Rule 41(b).

Dated: New York, New York
       December 11, 2019

                                  **SO ORDERED**.

                                  _____
                                  **BARBARA MOSES**
                                  **United States Magistrate Judge**