USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FISCHLER, et al.,

        Plaintiff,

-against-

EAST VILLAGE HOTEL T LLC, et al.

        Defendant.

19-CV-8383 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    It appearing to the Court that no action has taken place in this case since December 19, 2019, when the court granted plaintiff's request for an extension until January 31, 2020, to move for default judgment (Dkt. No. 10), it is hereby ORDERED that, no later than **March 27, 2020**, plaintiffs shall file a status letter updating the Court on the present status of the case, including whether they intend to move for a default judgment.

    Failure to comply with the above order may result in the case being dismissed by the Court for failure to prosecute pursuant to Rule 41(b).

Dated: New York, New York
       March 17, 2020

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**